# United States District Court

## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA
V.
Ignacio CRUZ-Mendoza
Citizen of Mexico
YOB: 1977
A79 764 574
Illegal Alien



CRIMINAL COMPLAINT

CASE NUMBER: 05-1981mp

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about March 31, 2005, Defendant Ignacio CRUZ-Mendoza was arrested and removed from the United States to Mexico through the port of Nogales, Arizona, in pursuance of law, and thereafter on or about April 11, 2005, Defendant was found in the United States near San Luis, Arizona within the District of Arizona, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

### COUNT II

That on or about April 11, 2005, within the District of Arizona, Defendant Ignacio CRUZ-Mendoza, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.   ☒ Yes   ☐ No

Signature of Complainant
Kris P. Beattie
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

April 13, 2005                              at        Yuma, Arizona
Date                                                  City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer            Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant: Ignacio CRUZ-Mendoza

Dependents: None

**IMMIGRATION HISTORY:** The Defendant was last removed through Nogales, Arizona on March 31, 2005. The Defendant has been removed on four occasions.

**CRIMINAL HISTORY:**

| DATE/LOCATION | OFFENSE | DISPOSITION |
|---|---|---|
| 5/6/02  Jefferson County, OR | Drug Trafficking | 10 days jail / 18 months probation |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near San Luis, Arizona.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near San Luis, Arizona on April 11, 2005.

Charges: 8 USC§1326   (Felony)
8 USC§1325   (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____April 13, 2005_____
Date

_____
Signature of Judicial Officer

```
                              FILED  ___ LODGED
                          ___ RECEIVED ___ COPY

                              APR 1 9 2005

                           CLERK U S DISTRICT COURT
                           DISTRICT OF ARIZONA
                           BY_____ DEPUTY
```

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

United States of America

v.

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

Ignacio Cruz-Mendoza

No. 05-01981-001M-P

Citizen of Mexico

John Hart (Appointed)
Attorney for Defendant

USM#: 65213-208        DOB: 1977        ICE#: A79 764 574

**THE DEFENDANT ENTERED A PLEA OF** guilty on 4/13/05 to Count TWO of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8 U.S.C. § 1325 ILLEGAL ENTRY, a Petty offense, as charged in Count TWO of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of SIXTY (60) DAYS on Count TWO, with credit for time served.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

**CRIMINAL MONETARY PENALTIES**

The defendant shall pay to the Clerk, U.S. District Court, Attn: Finance, Suite 130, 401 West Washington St., SPC 1, Phoenix, Arizona 85003-2118, the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $10.00        **FINE:** $        **RESTITUTION:** $

All monetary penalties are due immediately or in regular monthly installments. If incarcerated, payments shall begin under the Bureau of Prisons Inmate Financial Responsibility Program. Any unpaid balance shall become a condition of supervision and shall be paid within  prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address.

The total special assessment of $10.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for Count TWO of the Complaint.

Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address.

**THE COURT** FINDS that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with factual basis and with an understanding of the consequences of the waiver.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver two certified copies of this judgment

**05-01981-001M-P**
*USA vs. Ignacio Cruz-Mendoza*                                                                Page 2 of 2

to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

Date of Imposition of Sentence: **Wednesday, April 13, 2005**

_____  Date 4/14/05
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____
_____
Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____      By:_____
United States Marshal                          Deputy Marshal

CC: USM (3 certified), BPatrol (1 Certified), FIN, Order Book

05-01981-001M-P  -